[No. 23024–7–I. Division One. March 5, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. EDUARDO CRISTANO OZUNA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88–1–02394–4, Frank J. Eberharter, J., entered September 30, 1988. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Grosse, A.C.J., and Pekelis, J.

[No. 22282–1–I. Division One. March 5, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. SCOTT J. ALLEN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–01297–9, Mary Wicks Brucker, J., entered May 16, 1988. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Grosse, A.C.J., and Baker, J.

[No. 9706–4–III. Division Three. March 6, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. TIMOTHY WALTER HEESE, *Appellant.*

Appeal from a judgment of the Superior Court for Kittitas County, No. 88–1–00197–8, James R. Thomas, J., entered December 9, 1988. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and Shields, J.